UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 FEB 14 AM 11:11
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PDL  DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>James Leonard Hoyt,<br><br>    Defendant. | CASE NO. 05CR0514-J<br><br>JUDGMENT OF DISMISSAL |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_x_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

___ of the offense(s) of:

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: February 12, 2007

_____
Judge Napoleon A Jones, Jr.
UNITED STATES DISTRICT JUDGE

ENTERED ON _____